# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1004
Lower Tribunal No. 19-CA-005032

_____

SANDRA MAIDWELL,

Appellant,

v.

COCONUT CREEK HOMEOWNER'S ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Sandra Maidwell, Fort Myers, pro se.

Bartley Fouchard and Stanley A. Bunner, Jr., of Goede, DeBoest & Cross, PLLC, Naples, and Kristie Mace, of Goede, DeBoest & Cross, PLLC, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED